

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

CANDACE GLADSTON
PARTNER
DIRECT DIAL: 516.296.7158
cgladston@certilmanbalin.com

October 20, 2009

**VIA ELECTRONIC FILING**

Honorable Michael L. Orenstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4449

Re:   **Chitayat v. Vanderbilt Associates, a partnership, and Walter Gross, CV-03-5314 (TCP) (MLO)**

Dear Judge Orenstein:

We represent plaintiff Anwar Chitayat in the above-referenced action. Contrary to the letter just submitted to the Court wherein counsel for defendants/third-party plaintiffs and third-party defendants requests an adjournment of the conference schedule for October 27 at 2 p.m., we do **not** consent to the latest request for an adjournment.

Indeed, we renew our application made on July 31, 2009, seeking a decision on the outstanding summary judgment motions made by defendants/third-party plaintiffs and third-party defendants, which were submitted in or about June 2007.

Respectfully,

Candace Reid Gladston

cc:   Hon. Denis R. Hurley (via ECF)
      All counsel of record (via ECF)

2183057v1

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788